IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAFARI HEALTHCARE ASSSOCIATE LLC,

    Plaintiff,

v.                                                         No. 2:25-cv-00062-KRS

BEECAN HEALTH LLC and
CALIBRE POST ACUTE LLC,

    Defendants.

## ORDER REGARDING REPRESENTATION

This case arises from a breach of contract between Plaintiff and Defendants. *See* Complaint at 14-15, Doc. 1, filed January 22, 2025 (the "Contract Agreement" attached to the Complaint indicates the agreement is between Calibre Post-Acute and Safari Healthcare Associates). "Plaintiff SAFARI HEALTHCARE ASSOCIATE is a corporation established in New Mexico." Complaint at 2, ¶ 8. The Complaint was filed by Nelson Kap-kirwok "Pro se for Plaintiff Safari Healthcare Associate." Complaint at 1. Rule 83.7 of the District of New Mexico's Local Rules of Civil Procedure states: "A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court." D.N.M.LR-Civ. 83.7. Mr. Kap-kirwok is not an attorney authorized to practice before this Court.

**IT IS ORDERED** that Plaintiff shall, within 21 days of entry of this Order, have an attorney authorized to practice in this Court enter an appearance to participate in this case on behalf of Plaintiff. Failure to timely comply with this Order may result in dismissal of this case.

IT IS SO ORDERED this 27th day of January, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE