# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SAFARI HEALTHCARE ASSSOCIATE LLC,

    Plaintiff,

v.                                                No. 2:25-cv-00062-DHU-KRS

BEECAN HEALTH LLC and
CALIBRE POST ACUTE LLC,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE